## GASKINS v. THOMPSON

No. 333P85.

Case below: 74 N.C. App. 607.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 13 August 1985.

## GILBERT ENGINEERING CO. v. CITY OF ASHEVILLE

No. 310P85.

Case below: 74 N.C. App. 350.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 13 August 1985.

## GUPTON v. McCOMBS

No. 318P85.

Case below: 74 N.C. App. 547.

Petition by defendants for discretionary review under G.S. 7A-31 denied 13 August 1985.

## HARRIS v. SCOTLAND NECK RESCUE SQUAD, INC.

No. 453P85.

Case below: 75 N.C. App. 444.

Petition by defendants and third party plaintiffs for discretionary review under G.S. 7A-31 denied 13 August 1985. Petition by defendants and third party plaintiffs for writ of supersedeas and temporary stay denied 13 August 1985.

## HERBERT v. BABSON

No. 324P85.

Case below: 74 N.C. App. 519.

Petition by defendants (Babsons) for discretionary review under G.S. 7A-31 denied 13 August 1985.